IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MELISSA ELIZABETH DANJCZEK, ESQ.

    Plaintiff,

v.                                  Civil Action No. 3:15cv505

ANTHONY G. SPENCER, ESQ.,

    Defendant.

## ORDER

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge David J. Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within five (5) days of the date of this Order to schedule the conference to occur within the fifty-day period required by paragraph 3 of the Scheduling Order or at such other time as Magistrate Judge Novak shall approve.

    The Clerk is directed to send a copy of this Order to Magistrate Judge Novak.

    It is so ORDERED.

                                            /s/
                                     Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: February 17, 2016