IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MELISSA E. DANJCZEK,

    Plaintiff

v.                                           Civil Action No. 3:15CV505

ANTHONY G. SPENCER, et al.,

    Defendants.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Melissa E. Danjczek, by counsel and Defendant Anthony Spencer, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims in this action have been resolved and the parties hereby request that the Clerk dismiss all claims in this action, with prejudice, with each party to bear its own costs and attorneys' fees.

| MELISSA E. DANJCZEK | ANTHONY G. SPENCER |
|---|---|
| By: /s/<br>Vincent L. Robertson, Sr., Esq.<br>Law Offices of Vincent L. Robertson, PLLC<br>1557 East Main Street<br>Richmond, VA 23219<br>Telephone: (804) 644-0771<br>Fax: (804) 918-0301<br>Vincent.robertson@4vlaw.com<br>*Counsel for Plaintiff, Melissa E. Danjczek* | By: /s/<br>William W. Tunner, Esq. (VSB #38358)<br>John P. O'Herron, Esq. (VSB #79357)<br>*Thompson*McMullan<br>100 Shockoe Slip<br>Richmond, VA 23219-4140<br>Phone: (804) 649-7545<br>Fax: (804) 780-1813<br>Email: wtunner@t-mlaw.com<br>*Counsel for Defendant Anthony G. Spencer* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016, a true and accurate copy of the Stipulation of Dismissal was electronically filed with the Clerk of the Court using the CM/EFC system, which will then send a notification to the following:

William W. Tunner
John P. O'Herron
*Thompson*McMullan
100 Shoe Slip
Richmond, VA 23219-4140
*Counsel for Spencer*

By Counsel: _____/s/_____
Vincent L. Robertson, Sr., (VSB 66707)
Law Offices of Vincent L. Robertson, PLLC
1557 East Main Street
Richmond, Virginia 23219
Telephone: (804) 644-0771
Facsimile: (804) 918-0301
Email: Vincent.robertson@4vlaw.com
*Plaintiff's Counsel*